■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN A. WASHINGTON, Also Known as JOHN WASHINGTON, Appellant.—Judgment, Supreme Court, Bronx County (Fred Eggert, J.), rendered on May 19, 1986, unanimously reversed, on the law, and the case remanded to the Supreme Court, Bronx County, for a new trial *(see, People v Owens,* 69 NY2d 585).* No opinion. Concur—Sandler, J. P., Carro, Milonas, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIS SEMPRIT, Appellant.—Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on March 18, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Milonas, Rosenberger and Wallach, JJ.